To: The Clerk's office
Court of Criminal Appeals.

RE: Thomas Jones #1772936
The Hughes Unit
Rt 2 Box 4400
Gatesville Tx 76597

WRIT NO. 29-034-04
WRIT NO. 29-034-05

29,034 —

2-2-2015.

Dear Clerk: Enclosed is a writ of Mandamus asking the court to Dismiss my Application for a writ of Habeas corpus in the above styled And numbered causes Because Habeas corpus is not the Appropriate Remedy for obtaining back time credit. Applicant Filed A Nunc pro Tunc order with the District court on January 6-2015 And Requested That they please Dismiss the Habeas corpus However they sent the writ To your court on January 22-2015. Denying All Relief. Please bring this Mandamus To the courts Attention At your Earliest Convenience, so that they may order the District court To hear my Nunc pro Tunc order.

Sincerely

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 06 2015
Abel Acosta, Clerk

WR-29-034-04
WR-29-034-05

EX PARTE

Thomas G Jones

IN THE Court OF Criminal

APPEALS OF TEXAS

## APPLICATION FOR A WRIT OF MANDAMUS

To The Honorable Judge OF Said Court: Comes Now Thomas Jones Applicant Pro Se IN The above Styled and Numbered Causes and Files This MANDAMUS Pursuant To Article 1107(Sec) 3(c) OF The TEX, code OF crim, procedure and Will Respectfully show The Following:

## History OF The Case

Applicant Filed Writs of Habeas Corpuses IN The 203rd Judicial District Court In Dallas County, TX ON December 3-2014 Contending That he is INfact eN- Titled To back Time credit for The Time he served IN The Dallas County- Jail waiting To be Transferred To SAFP from February-2009 — August- or October 2009 Which is Nine Months. See Judgment: and for The Time That he spent IN The SAFP program from October-2009 — August-2010 Which is a Total of Eighteen months back Time credit

## Time Credit

The Trial Court Is Required To grant The applicant pre sentence Jail Time credit When Sentence is pronounced (see) Tex, Code of crim procedure Art 42, 03 2(G) IN The Event The Trial Court fails To award such credit at The Time The Sentence Is imposed, The Trial Court Has The authority To correct The Judgment To Reflect The appropriate Time credit by Nunc pro Tunc order and should do so; see Te App R, 23.2; Matters which May be Raised and Resolved by Nunc pro Tunc proceedings — should Not be Considered by way of writ of Habeas corpus, See; Ex parte Ybarra 149 S.W. 3d 147-148 Tex, crim. App 2004 also See Ex parte pena 71. S.W. 3d 336.337. (Tex Crim App) 2002;

## I

IN The instant case; applicant Realized That he Made an Error in filing a writ of Habeas corpus To obtain back Time credit after The state Response on December 19- 2014 and filed a motion To withdraw his writ of Habeas corpus with The court along with A Nunc pro Tunc order and sufficient Records To Merit Consideration of his claims on Jan 6-2015 However; The court Failed To hear The Motion To Dismiss The writ and Nunc pro Tunc order as prescribe by Law (see) Ex parte Ybarra 149 S.W. 3d 147-Tex, crim App and has not Responded To Date; IN A Reasonable Time; instead The court Sent The Application For writ of Habeas corpus To This court Recommending That ALL of Applicant's Relief be Denied on January 22-2015; This Honorable Court has Jurisdiction over The Relief Sought because The proceedings Is Now Pending IN your court;

## Prayer

Wherefore premises considered; applicant prays That This Honorable Court Will Dismiss His Application for A Writ of Habeas Corpus without prejudice and Issues a Writ of MANDAMUS ordering The District Court To hear his Nunc pro Tunc order As Required by Law!

So Moved And Prayed.

Thomas Jones #1772936
Pro se Applicant
February 2-2015

## CERTIFICATE OF Service

I Thomas Jones #1772936 Applicant hereby certify That a True Copy of The Foregoing Writ of MANDAMUS was sent To The Court of Criminal Appeals OF Texas in CAPITOL station Austin Tx by Depositing same in The U.S. MAIL postage prepaid.

Thomas Jones #1772936
Pro se Applicant
February 2-2015